MAX L. STEGMAN, APPELLANT, v. THE CIVIL SERVICE COMMISSION OF THE STATE OF NEW JERSEY ET AL., RESPONDENTS.

Argued October 23, 1936—Decided January 22, 1937.

For the appellant, *Spaulding Frazer*.

For the respondents, *Frank A. Boettner*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BODINE, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   11.

*For dismissal*—CASE, PERSKIE, JJ.   2.